ORIGINAL

PISTON & CARPENTER, P.C.
Michael E. Piston (P34568)
4000 Livernois, Suite 110
Troy, MI 48098
Telephone: (248) 524-1936
Facsimile: (248) 680-0627

Local Counsel:
LAW OFFICES OF KASTURI B. GANDHAM
Kasturi B. Gandham (CSB 158791)
648 S. Meridian Avenue
Alhambra, CA 91803
Telephone: (626) 284-4365
Facsimile: (626) 284-4381



FILED 2009 NOV 12 AM 9:23 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OK HEE KIM, JIN YOUNG KIM, HAN JUN KIM and DOO RI KIM, <br>     Plaintiffs, <br> vs. <br><br> JANET NAPOLITANO, Secretary of Homeland Security, MICHAEL AYTES, Acting Deputy Director of the United States Citizenship and Immigration Services, CHRISTINE POULOUS, Director, United States Citizenship and Immigration Services California Service Center, DAVID DOUGLAS, Director, United States Citizenship and Immigration Services, Los Angeles District Office, <br>     Defendants. | SACV09-01326 AG (ANx) <br> CASE NO. <br><br> HON. <br><br>  <br> RECEIVED CLERK, U.S. DISTRICT COURT <br> NOV - 6 2009 <br> CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY |

## DESCRIPTION OF ACTION

1. This complaint is brought by plaintiffs OK HEE KIM, JIN YOUNG KIM, HAN JUN KIM and DOO RI KIM, alien registration numbers A075768621, A075768620, A075768619 and A075768618, respectively, against the defendants to compel action on their applications for adjustment of status, Forms I-485 (the "application(s)") properly filed by the plaintiffs with the Immigration and Naturalization Service (INS), responsibility for which has now been assumed by the United States Citizenship and Immigration Services (USCIS).

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws

of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiffs are all citizens of the Republic of Korea, lawfully present in the State of California.

4. The defendant, JANET NAPOLITANO, is the Secretary of Homeland Security, and as such has the ultimate authority to adjudicate applications for adjustment of status to permanent resident. She resides in the District of Columbia.

5. The defendant, MICHAEL AYTES, is the Acting Deputy Director of the United States Citizenship and Immigration Services, the agency within the Department of Homeland Security which adjudicates applications for adjustment of status to permanent resident. He resides in the District of Columbia.

6. The defendant, DAVID DOUGLAS, is the Director of the United States Citizenship and Immigration Services' Los

Angeles Field Office, where the plaintiff Ok Hee Kim and the other plaintiffs' applications are believed to be pending. He resides in the State of California.

7. The defendant, CHRISTINE POULOS, is the Director of the United States Citizenship and Immigration Services' California Service Center, where the plaintiffs' applications were initially filed and where one or more of them may still be pending. She resides in the State of California.

## EXHAUSTION OF REMEDIES

8. The plaintiffs have exhausted their administrative remedies through numerous inquiries concerning the status of their applications, directly or through legal counsel, as set forth below.

9. On March 30, 2001, all of the plaintiffs' forms I-485 were properly filed with the Immigration and Naturalization

Service's California Service Center (CSC) pursuant to 8 U.S.C. §1255(i).

10. Mrs. Ok Hee Kim was the principal applicant and the other plaintiffs applied as derivative beneficiaries of her application.

11. On November 20, 2001 and January 16, 2002 the CSC issued requests for evidence pertaining to Mrs. Kim's application which were both promptly responded to.

12. Thereafter, on July 15, 2002 and August 6, 2002 the plaintiffs' counsel inquired with the CSC pertaining to the status of their cases and received no reply.

13. On September 30, 2002, following an inquiry by the American Immigration Lawyers Association / California Service Center liaison, the plaintiffs were informed that their applications had been transferred to the INS's Seattle District office.

14. When plaintiffs' counsel informed CSC that the plaintiffs had no contacts with Seattle and the file appeared to have been transferred there in error, the CSC stated it was taking steps to recall the file.

15. Instead, however, on January 16, 2003 the plaintiffs were informed by the AILA- CSC liaison that their applications, or at least that of the principal applicant, Mrs. Kim, had been transferred to the INS's Los Angeles District Office (today known as the USCIS's Los Angeles Field Office).

16. Thereafter, the plaintiffs, either directly, or through legal counsel, made inquiries on numerous occasions regarding the status of Mrs. Kim's application including, but not necessarily limited to, May 9, 2003, April 16, 2004, April 28, 2006, November 7, 2008, December 17, 2008 and March 12, 2009.

17. The USCIS's responses to plaintiffs' inquiries were uniformly unilluminating, merely repeating that Mrs. Kim's application was pending or the like.

18. At no time have the plaintiffs been provided any meaningful information as to what is actually happening in their case, why it has been so unreasonably delayed, or when a decision or even additional useful information might be expected.

## CAUSE OF ACTION

19. The Defendants all are officers or employees of the United States.

20. The Defendants each owe a duty to the plaintiffs to adjudicate their application for adjustment of status within a reasonable period of time. See, e.g., 5 U.S.C. §555(b).

21. The plaintiffs' applications for adjustment of status have now been pending with USCIS or its predecessor for over 8 ½ years.

22. The time in which these applications have been pending with defendants is well beyond that which these officers or employees reasonably require to adjudicate them.

23. For example, on October 28, 2009 the USCIS's website at https://egov.uscis.gov/cris/processTimesDisplay.do indicated that the "Processing Time Frame" for employment based applications for adjustment of status filed with the California Service Center was 4 months.

24. This Court has authority under 28 U.S.C. §1361 to compel an officer or employee of the United States to perform a duty owed to the plaintiffs.

25. This Court also has authority under 5 U.S.C. §706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court compel each of the defendants to adjudicate the plaintiffs' applications for adjustment of status in no more than 30 days from the date of the Court's order, and take such other action as it deems appropriate.

Respectfully submitted,

Dated this 30th day of October, 2009 10/30/2009

Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Ste. 110
Troy, MI 48098
(248) 524-1936
(248) 680-0627 facsimile
michael@piston.net

//

*Kasuri B. Gandham*
Kasturi B. Gandham
LAW OFFICES OF
KASTURI B. GANDHAM
648 S. Meridian Avenue
Alhambra, CA 91803
(626) 284-4365
kgandham@aol.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**ORIGINAL**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
KIM, OK HEE, KIM, JIN YOUNG, KIM, HAN JUN, and KIM, DOO RI

**DEFENDANTS**
Homeland Security, JANET NAPOLITANO, Secretary, USCIS, MICHAEL AYTES, Acting Deputy Director, USCIS California Service Center, CHRISTINE POULOUS, Director, USCIS LosAngeles Dist Office, DAVID DOUGLAS, Dir.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael E. Piston, Piston & Carpenter P.C., 4000 Livernois, Ste. 110, Troy, MI 48098 (248)524-1936;LOCAL COUNSEL:Kasturi B. Gandham, Law Offices of Kasturi B. Gandham, 648 S. Meridian Ave, Alhambra, CA 91803 (626)284-4365

**Attorneys (If Known)**
The United States Attorney's Office
Central District of California, Civil Division
300 North Los Angeles Street
Los Angeles, CA 90012

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §1361 and 5 U.S.C. §706(1) To compel action on application for permanent residence.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV09-01326**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Sacramento County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 11/30/2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

**SACV09- 1326 AG (ANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY