FILED ORIGINAL

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Michael E. Piston, Piston & Carpenter P.C., 4000 Livernois, Ste. 110, Troy, MI 48098 (248) 524-1936 <br><br> Local Counsel: Kasturi B. Gandham, Law Offices of Kasturi B. Gandham, 648 S. Meridian Ave., Alhambra, CA 91803 (626) 284-4365 | 2009 NOV 12 AM 9:24 <br><br> CLERK U.S DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> LOS ANGELES <br><br> BY_____ |
| ATTORNEYS FOR: PLAINTIFFS | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OK HEE KIM, JIN YOUNG KIM, HAN JUN KIM and DOO RI KIM <br><br> Plaintiff(s), <br> v. <br> JANET NAPOLITANO, Secretary of Homeland Security, MICHAEL AYTES, Acting Deputy Director of the USCIS, CHRISTINE POULOUS, USCIS-California Service Center Director, DAVID DOUGLAS, USCIS-Los Angeles District Office Director     Defendant(s) | CASE NUMBER <br><br> SACV09-01326 AG (ANx) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __Plaintiffs__
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Ok Hee Kim, Jin Young Kim,        Plaintiffs
Han Jun Kim and Doo Ri Kim

_10/30/2017_          _[signature]_
Date                  Sign

Michael E. Piston
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)