LODGED

2009 NOV 12  AM 9: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OK HEE KIM, JIN YOUNG KIM, HAN JUN KIM and DOO RI KIM,<br>    Plaintiffs,<br>  vs.<br><br>JANET NAPOLITANO, Secretary of Homeland Security, MICHAEL AYTES, Acting Deputy Director of the United States Citizenship and Immigration Services, CHRISTINE POULOUS, Director, United States Citizenship and Immigration Services, Los Angeles District Office, DAVID DOUGLAS, Director, United States Citizenship and Immigration Services, Los Angeles District Office,<br>    Defendants. | CASE NUMBER<br><br>**SACV09-01326** AG (ANx) <br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____ Michael E. Piston _____,
                                                                                    *Applicant's Name*

of _____ Piston & Carpenter P.C. _____   for permission to appear and participate in the above-entitled
     *Firm Name*

action on behalf of  ☐ Plaintiff      ☐ Defendant   Ok Hee Kim, et al. _____

and the designation of _____ Kasturi B. Gandham _____   of Law Offices of Kasturi B. Gandham
                                    *Local Counsel Designee*                          *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  Nov 13, 2009 _____

_____
U. S. District Judge/~~U. S. Magistrate Judge~~

**ANDREW J. GUILFORD**

F:\Clients\Kim, Ok Hee\USDistCtCentDist-CA\OrderNon-ResidentAtty.doc